FORM 1

NOTICE OF APPEAL



\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF N.Y.

Joshua Rodriguez
Plaintiff / Pro Se

NOTICE OF APPEAL

23-CV-8313-RER-CHK
Docket No.

Dunn / Savage
Defendants.

Notice is hereby given that Plaintiff / Joshua Rodriguez
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) Seeking Fair Justice on my Documents and as well as USB Evidence Recordings.

entered in this action on the 15 day of August, 20 25.

_____
Signature

Joshua Rodriguez
Printed Name

811 Flushing Avenue Apt. 16D
Address

Brooklyn, N.Y. 11206

(646)-975-8838
Telephone No. (with area code)

REC'D IN PRO SE OFFICE
AUG 15 '25 AM 11:47

Date: 8/15/2025