

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALFRED MILLER, JR**
*Senior Counsel*
E-mail:alfmille@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

October 9, 2025

**VIA ECF**
Magistrate Judge Clay H. Kaminsky
225 Cadman Plaza East,
Brooklyn, NY 11201

    Re:    *Joshua Rodriguez.v. Leslie Dunn et al.*
            23 Civ. 08313 (RER)(CHK)

Dear Your Honor:

    As the Court is aware, this Office represents the Defendant in this matter, Leslie Dunn. She is the only Defendant remaining in the action. As noted in the October 3, 2025 status letter, Plaintiff sought and was granted leave to appeal *in forma pauperis*. He seeks to appeal decisions dismissing claims against terminated defendants including New York Police Department Detective Delcar Savage (Ret.) The matter is now pending in the United States Court of Appeals for the Second Circuit.

    On September 30, 2025, Plaintiff filed a Motion to Stay Discovery for the remaining claim as he appealed to the Second Circuit. ECF #64. Plaintiff asserts that the remaining claim against Ms. Dunn is intertwined with the issues on appeal and proceeding through discovery could have some effect on the proceeding. He further asserts that the requested stay would promote judicial economy and avoid conflicting ruling or unnecessary expenditures of time and resources. On October 2, 2025, this Court directed the Defendant to file a response to the motion.

    Ms. Dunn has no opposition to the Plaintiff's application for a stay of discovery.

    Thank you for your time and consideration.

                                        Respectfully,

                                        Alfred Miller, Jr.
                                        Senior Counsel

**VIA ECF and EMAIL:**
Joshua Rodriguez: hypebeast1204@icloud.com