# JOSHUA RODRIGUEZ
### PLAINTIFF- APPELLANT
### 811 FLUSHING AVENUE APT. 16D
### BROOKLYN, N.Y. 11206
### TEL: 646-975-8838



OCTOBER 20, 2025

CASE: 23-CV-8313-RER-CHK

To: EDNY Clerk Office,

I, Plaintiff *Pro Se* Joshua Rodriguez received documents that does not belong to myself, sent by error by the Courts. I'm writing to send back this confidentally document and ask the Courts to receive my correct documentation from an Ordered issued Dated: 10/14/2025 by Respectfully Magistrate Clay H. Kaminsky.

Respectfully,

[signature]

Dated: 10/20/2025

Joshua Rodriguez
Plaintiff *Pro Se*
811 Flushing Avenue Apt. 16D
Brooklyn, N.Y. 11206
Tel: (646)-975-8838
Email: hypebeast1204@icloud.com

Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.

***Additional Security Enhancements Coming Soon*** For information visit PACER website

https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 10/3/2025 at 4:11 PM EDT and filed on 10/3/2025
**Case Name:**     Robinson v. DO & CO New York Catering, Inc. et al
**Case Number:**   1:25-cv-01973-PKC-CHK
**Filer:**
**Document Number:** No document attached

Docket Text:
ORDER granting [25] Motion for Extension of Time to File. The parties' request for an additional 7 days to update the Court on Defendant DO & CO New York Catering, Inc.'s position on mediation is granted. The parties shall file a joint status report on **October 8, 2025**. The Court will act on the request for a referral to mediation once all parties' positions are received. Ordered by Magistrate Judge Clay H. Kaminsky on 10/3/2025. (MAS)


1:25-cv-01973-PKC-CHK Notice has been electronically mailed to:

Richard Bahrenburg     rbahrenburg@fordharrison.com, , vsingh@fordharrison.com

Clifford Tucker     ctucker@saccofillas.com, fgomez@saccofillas.com, mkannett@saccofillas.com

Johanna Gordon Zelman     jzelman@fordharrison.com, kconnelly@fordharrison.com, lnicolosi@fordharrison.com

Steven Balken     sbalken@fordharrison.com, vsingh@fordharrison.com

Lucas Duroc     lduroc23@gmail.com

1:25-cv-01973-PKC-CHK Notice will not be electronically mailed to:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

CHAMBERS OF
CLAY H. KAMINSKY
UNITED STATES MAGISTRATE JUDGE

OFFICIAL BUSINESS



MID-ISLAND NY 117
15 OCT 2025 PM 5 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
10/15/2025  ZIP 11201
043M32206494
US POSTAGE

**ATTN: Joshua Rodriguez**
811 Flushing Avenue
Apt. 16 D
Brooklyn, NY 11206

11206-423264

Joshua Rodriguez
811 Flushing Ave. Apt. 16D
Brooklyn, N.Y. 11206




Retail

U.S. POSTAGE PAID
FCM LETTER
BROOKLYN, NY 11206
OCT 20, 2025
$0.78
S2324N502167-25

RDC 99    11201

IN C... & OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 28 2025 ★
BROOKLYN OFFICE

United States District Court
Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Attn: Clerk's Office