UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSHUA RODRIGUEZ  
Plaintiff/ *Pro Se*

23CV-08313-RER-CHK

-Against-

**MOTION TO LIFT STAY
AND RESUME DISCOVERY**

LESLIE DUNN Investigator ACS Agency  
Defendant

---

# SUMMARY

I Plaintiff *Pro Se* Joshua Rodriguez file this Motion based on to resume on the Discovery of the case. The case was pending for Appeal at the U.S. Court of Appeals Second Circuit but was Dismissed for Lack of Jurisdiction. **See Exhibit A.** There is no longer any basis for pausing Discovery and I also ask the Court in good faith for new deadlines on the Discovery/ Disclosures.

Respectfully Submitted,

_____

Dated: 12/15/2025

Joshua Rodriguez Plaintiff/ *Pro Se*  
811 Flushing Avenue Apt. 16D  
Brooklyn, N.Y. 11206  
Email: hypebeast1204@icloud.com  
Tel: (646)-975-8838

To:

Alfred Miller Jr.
Senior Counsel, General Litigation Division
NYC Law Department
100 Church Street
New York, N.Y. 10007
Tel: (212)-356-2392
Email: alfmille@law.nyc.gov

# EXHIBIT A

E.D.N.Y. – Bklyn
23-cv-8313
Reyes, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand twenty-five.

Present:
>   Beth Robinson,
>   Sarah A. L. Merriam,
>       *Circuit Judges*,
>   Sidney H. Stein,
>       *District Judge.*\*

Joshua Rodriguez, and L.R. (Child),

                *Plaintiff-Appellant*,

v.                                                                         25-2013

Detective Savage, SVU NYPD,

                *Defendant-Appellee*,

Lesile Dunn, Investigator ACS Agency, et al.,

                *Defendants.*

Appellant, pro se, moves for a limited remand. This Court has determined that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED. It is further ORDERED that Appellant's motion is DENIED as moot.

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk of Court

---

\* Judge Sidney H. Stein, of the United States District Court for the Southern District of New York, sitting by designation.