

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**ALFRED MILLER, JR**
*Senior Counsel*
E-mail:alfmille@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

March 13, 2026

<u>**VIA ECF**</u>
Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

   Re: *Joshua Rodriguez. v. Leslie Dunn et al.*
     23-cv-08313 (RER)(CHK)

Dear Your Honor:

   As the Court is aware, this Office represents the Defendant in this matter, Leslie Dunn. She is the only Defendant remaining in the action. I write jointly with the Plaintiff consistent with Your Honors March 3, 2026, minute order directing the parties file a joint status report on March 13, 2026. As an initial matter, the parties apologize for failing to provide this update on March 3, 2026, as directed in Your Honor's January 9, 2026, minute order.

**Defendant's position**:
   Regarding discovery, the parties have engaged in formal discovery. Defendant propounded interrogatories and document production. Plaintiff has responded and produced some documents and responded to Defendant's interrogatories. The Defendant seeks to schedule and take the deposition of the Plaintiff. However, despite Defendant's request, the Plaintiff limited the release of his medical records to 2013, prior to the alleged December 2020 battery. Thus, the Defendant is unable to review any medical records after the alleged battery. These records are necessary for the Defendant to adequately prepare for the Plaintiff's deposition and to conduct meaningful examination regarding the alleged injuries and medical treatment. Without access to these materials, proceeding with the deposition would be inefficient and potentially require duplicative proceedings. Likewise, while Ms. Dunn remains willing to consider settlement in this matter, without more information regarding his alleged injury and medical treatment the Defendant cannot meaningfully engage in settlement discussions.

**Plaintiff's Position:**

Plaintiff *Pro Se* Joshua Rodriguez seeks for the Courts to review [ECF 71] as filed March 13, 2026 at the Eastern District Court 225 Cadman Plaza East Brooklyn, N.Y. 11201.

The parties continue to work in good faith to settle this discovery dispute without court intervention.

Thank you for your time and consideration.

Respectfully,

/S/ *Alfred Miller, Jr.*
Alfred Miller, Jr.
Senior Counsel

**VIA ECF and EMAIL:**
Joshua Rodriguez: hypebeast1204@icloud.com