# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

JOSHUA RODRIGUEZ
Plaintiff/ *Pro Se*

23CV-08313-RER-CHK

-Against-

**JOINT STATUS REPORT**

LESLIE DUNN, et al.,
Defendants



RECEIVED
MAY 1 5 2026
PRO SE OFFICE

## INTRODUCTION

I Plaintiff Joshua Rodriguez, proceeding *Pro Se*, hereby submitting an updated "Joint Status Report" for Discovery on behalf of Plaintiff's position.

## STATISTICS OF DISCOVERY

1.) Plaintiff's Interrogatories with Attestation    Dated: April 9, 2026   Due: May 11, 2026

2.) Plaintiff's First Set of Production    Dated: April 9, 2026   Due: May 11, 2026

3.) Deposition Host by Defendants    Dated: April 29, 2026   (Rescheduled)

4.) Deposition Host by Defendants    Dated: May 11, 2026   (Rescheduled)

REC'D IN PRO SE OFFICE
MAY 15 '26 AM 10:13

# SUMMARY

After conversing with the opposing parties as I the Plaintiff *Pro Se* stated the City of New York being acquaintance with accountability on the remaining claims as the actions of the Defendants occurred during the Defendant's employment hours of their ethics. These claims were included with the scope of the case the Emergency Removal claims Article 10 Withdrawal by Defendants, and also fraud and falsified documents.

As for the Interrogatories with Attestation attached and also the First Set of Production of Documents to Defendants served on April 9, 2026, I Plaintiff *Pro Se* has not received Defendants responses from the 30 days of completion which was due on May 11, 2026.

And final is that Defendants/ City Counsel has postponed the ability to perform their Deposition as they are unprepared and failed to do as such after being rescheduled.

# OUTRO

I Plaintiff *Pro Se* seek for Court Intervention as I Joshua Rodriguez see no progression throughout my claims against the opposing parties.

Respectfully Submitted,

Dated: May 15, 2026

Joshua Rodriguez
811 Flushing Avenue Apt. 16D
Brooklyn, N.Y. 11206
Tel: (646)-975-8838
Email: hypebeast1204@icloud.com
Plaintiff / *Pro Se*

To :
Alfred Miller Jr.
Senior Counsel, General Litigation Division
NYC Law Department
100 Church Street
New York, N.Y. 10007
(212)-356-2392
alfmille@law.nyc.gov