

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ALFRED MILLER, JR.**
*Senior Counsel*
Phone: (212) 356-5893
Fax: (212) 356-1148
AlfMille@law.nyc.gov

**VIA ECF**

Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

      Re:    *Joshua Rodriguez.v. Leslie Dunn et al.*
              23-cv-08313 (RER)(CHK)

Dear Your Honor:

    As the Court is aware, this Office represents the Defendant in this matter, Leslie Dunn. She is the only Defendant remaining in the action. I write jointly with the pro se Plaintiff consistent with Your Honors April 7, 2026, minute order directing the parties file a joint status report on May 15, 2026.The Court also directed the parties to file a joint status letter by May 15, 2026 addressing the next steps in the case, including whether the parties are seeking expert discovery or dispositive motion practice and whether the parties would like referral to mediation or a settlement conference. Additionally, for the reasons stated in Defendant's position, Ms. Dunn writes requesting to extend fact discovery for an additional 30 days from June 5, 2026 to July 6, 2026. Plaintiff has not taken a position on this request.

**Defendant's position**:

    Although the parties had anticipated an April 29, 2026 deposition, that date became unavailable as the Defendant Ms. Dunn had a family emergency and ultimately, a death in her family. As such, she needed to travel to and coordinate services. This also hindered her ability to answer the pending interrogatories and gathering the requested documents. In light of this, Ms. Dunn requested until June 5, 2026 to provide responses. Plaintiff did not respond. Notwithstanding that formal responses have not been provided, the undersigned counsel notified Plaintiff that documents he requested are not in Ms. Dunn's custody or control and that a third-party subpoena to the non-party, Administration for Children's Services (ACS) would be necessary should he wish to obtain the agency's records.

    Regarding the Plaintiff's deposition, the undersigned requested dates this week or for next week, but the parties did not agree on a date. The undersigned then proposed June 10th or

11th as that would have allowed for 30 days for non-party ACS to respond with documents before Plaintiff's deposition, but the parties have yet to agree on a date.

As the deposition and the production of documents have been delayed as well as the need for third-party discovery, Ms. Dunn requests to extend fact discovery from June 5, 2026 to July 6, 2026.

It remains unclear if expert discovery is needed as the scope of Plaintiff's alleged damages cannot be ascertained at this time. Likewise, it remains unclear if Ms. Dunn will file a dispositive motion at the close of discovery. Finally, while Ms. Dunn remains willing to consider settlement in this matter, without more information regarding his alleged injury and medical treatment the Defendant cannot meaningfully engage in settlement discussions.

**Plaintiff's Position:**

After conversing with the opposing parties as I the Plaintiff Pro Se stated the City of New York being acquaintance with accountability on the remaining claims as the actions of the Defendants occurred during the Defendant's employment hours of their ethics. These claims were included with the scope of the case the Emergency Removal claims Article 10 Withdrawal by Defendants, and also fraud and falsified documents.

As for the Interrogatories with Attestation attached and also the First Set of Production of Documents to Defendants served on April 9, 2026, I Plaintiff Pro Se has not received Defendants responses from the 30 days of completion which was due on May 11, 2026.

And final is that Defendants/ City Counsel has postponed the ability to perform their Deposition as they are unprepared and failed to do as such after being rescheduled.

I Plaintiff Pro Se seek for Court Intervention as I Joshua Rodriguez see no progression throughout my claims against the opposing parties.

Thank you for your time and consideration.

Respectfully,

*/S/ Alfred Miller, Jr.*
Alfred Miller, Jr.
Senior Counsel

**VIA ECF and EMAIL:**
Joshua Rodriguez: hypebeast1204@icloud.com