THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Alfred Miller, Jr.**
Phone: (212) 356-2392
alfmille@law.nyc.gov

November 9, 2026

**VIA ECF**
Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

Re: *Joshua Rodriguez v. Leslie Dunn et al.*
23-cv-08313 (RER)(CHK)

Dear Judge Kaminsky,

As the Court is aware, this Office represents the Defendant in this matter, Leslie Dunn. I write jointly with the *pro se* Plaintiff, Joshua Rodriguez, consistent with Your Honors Order directing the parties to file a joint status report by November 9, 2026.

**Defendant's Position:**

As indicated in the September 14, 2026 status letter, the non-party Administration for Children's Services, (ACS) produced the responsive records on September 4, 2026, consistent with the Court's August 31, 2026, order. On October 16, 2026, Plaintiff raised a concern that the ACS business records were produced through the undersigned counsel for the Defendant. The undersigned explained that as the undersigned accepted service of the subpoena and transmitted it to ACS, ACS returned the redacted records back to me. Nonetheless, ACS has agreed to send the documents in an email copying both the Plaintiff and me. Plaintiff notes that the documents are the same as those he previously received; this is true as Plaintiff already had the investigation notes from ACS. As was reported in the August 7, 2026 status letter, after a diligent search, no responsive entries could be located in Ms. Dunn's logbooks.

Additionally, Plaintiff did not produce an expert report. Plaintiff has reported that he is not going to seek a medical expert to prove his alleged damages.

**Plaintiff/ Pro Se Position:**

On September 17, 2026 Respectfully Judge Kaminsky Ordered Plaintiff's Medical Expert Report due November 2, 2026 in regards of seeking a Medical Expert in which I misspoke or the Courts misunderstood me, what I meant was I the Plaintiff was seeking City Counsel's Medical Expert as Counsel proposed it to the Courts. As for my exhibits it details I the Plaintiff is a disabled patient and not physically normal due to my past history of surgeries. I the Plaintiff bypass the need for a Medical Expert as I have materials to determine my physicality.

Updates on the Subpoena:

I the Plaintiff emailed City Counsel Alfred Miller Jr. for a timestamp to see proof of the given documents of the subpoena and Counsel just gave me a random written date and time also Counsel admitted he did not served ACS the subpoena. I asked Counsel let's set up a Conference to talk about the subpoena, and we spoke October 16, 2026 as Counsel was available the same day. While conversing with Counsel I the Plaintiff stated that the documents Counsel gave me for the subpoena looks identical to my exhibits and not the Case Notebook with the original case notes. Counsel stated he will have ACS lawyers email the both of us the documents adding me the Plaintiff "Cc" on the email, but that never occurred. As for my offense and defense I the Plaintiff supplied "serveacs@acs.nyc.gov" with a courtesy copy on October 26, 2026. As a reminder a courtesy copy of the subpoena was given to me at the EDNY Clerk's Office on July 22, 2026. I did not serve ACS because City Counsel accepted services for the Subpoena.

We may resume to the next step which is the first step in Dispositive Motion practice, which is due December 2, 2026.

Thank you for your time and consideration.

Respectfully,
Alfred Miller jr
Alfred Miller, Jr.
Senior Counsel

**VIA EMAIL:**
Joshua Rodriguez: hypebeast1204@icloud.com